United States District Court
Southern District of Texas
**ENTERED**
February 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH SAENZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B: 15-220 |
| | § | |
| FIRST COMMUNITY INSURANCE CO., | § | |
|     Defendant. | § | |

## ORDER

On February 22, 2016, the parties filed a notice of non-suit, requesting that this case be dismissed with prejudice.

The Court **ORDERS** that the case is dismissed with prejudice. Each party shall bear its own costs.

DONE at Brownsville, Texas, on February 22, 2016.

Andrew S. Hanen
United States District Judge

1